IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET E. MASCIANTONIO**, *et al.*, | : | CIVIL ACTION NO. 4:13-CV-797 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **SWEPI LP**, | : | |
| **Defendant** | : | |

## ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION ON JUDGMENT

AND NOW, this 16th day of August, 2016, upon consideration of defendant SWEPI LP's motion (Doc. 84) to approve supersedeas bond and stay enforcement of final judgment pending disposition by the Third Circuit Court of Appeals of SWEPI LP's appeal in the above-captioned action, and it appearing that, when "an appeal is taken, the appellant may obtain a stay by supersedeas bond," FED. R. CIV. P. 62(d), except in limited circumstances not applicable *sub judice*, see FED. R. CIV. P. 62(a)(1)-(2), it is hereby ORDERED that:

1. SWEPI LP's motion (Doc. 84) is GRANTED.

2. The supersedeas bond (Doc. 85-1) filed with SWEPI LP's motion is APPROVED.

3. Any enforcement of this court's order and judgment (Doc. 80) entered on July 15, 2016 is STAYED pending final disposition of any and all appeals of said judgment.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania