# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET E. MASCIANTONIO**, *et al.*, | : | CIVIL ACTION NO. 4:13-CV-797 |
| **Plaintiffs** | : | (Chief Judge Conner) |
| v. | : | |
| **SWEPI LP**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of March, 2017, upon consideration of the parties' joint motion (Doc. 89) for *vacatur* filed on today's date, wherein the parties request *vacatur* of the court's Rule 56 memorandum, order, and judgment (Docs. 80-81) as a condition of the parties' proposed settlement, it is hereby ORDERED that the joint motion (Doc. 89) is GRANTED and the court's memorandum, order, and judgment (Docs. 80-81) dated July 15, 2016 are VACATED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania